IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG, INC., § | | |
| § | | |
| *Plaintiff*, § | C.A. NO. 2:11-cv-00424-MHS | |
| § | | |
| v. § | | |
| § | | |
| 7-ELEVEN, INC.; SEVEN & I § | JURY TRIAL DEMANDED | |
| HOLDINGS CO., LTD.; SEVEN- § | | |
| ELEVEN JAPAN CO., LTD., § | | |
| § | | |
| *Defendants*. § | | |

## 7-ELEVEN, INC.'S MOTION TO STAY

Defendant 7-Eleven, Inc. ("7-Eleven"), respectfully requests that the Court stay this action in favor of the Microsoft and Google declaratory judgment action in Delaware. Because this Stay request has been extensively brief in related actions, 7-Eleven incorporates the prior briefing, attached to Defendants' Motion to Stay in related action nos. 2:11-cv-00404-MHS (Dkt. No. 307) and 2:11-cv-00405-MHS (Dkt. No. 355), by reference. For substantially the reasons previously set forth in that briefing, 7-Eleven respectfully requests that the Court stay this action in favor of the Microsoft and Google declaratory judgment action in Delaware.

Dated: June 1, 2012

Respectfully submitted,

*/s/ Ajeet P. Pai*
David B. Weaver – LEAD ATTORNEY
Texas Bar No. 00798576
Willem G. Schuurman
Texas Bar No. 17855200
Avelyn M. Ross
Texas Bar No. 24027817
Ajeet P. Pai
Texas Bar No. 24060376
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Tel: (512) 542-8400
Fax: (512) 542-8612
bschuurman@velaw.com
dweaver@velaw.com
aross@velaw.com
apai@velaw.com

***Attorneys for 7-Eleven, Inc.***

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), Ajeet Pai, counsel for Defendant 7-Eleven, Inc. conferred by telephone with Chris Joe, counsel for Plaintiff Geotag, Inc., on June 1, 2012. For substantially the reasons set forth in prior briefing, the parties are at an impasse and this motion is opposed.

*/s/ Ajeet P. Pai*
Ajeet P. Pai

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 1, 2012. Any other counsel of record will be served by first class mail on this same date.

                                                   */s/ Ajeet P. Pai*

US 1426052v.1