IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **GEOTAG, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. 2:11-cv-00424-MHS-CMC |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| **7-ELEVEN, INC.,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

### GEOTAG, INC.'S RESPONSE TO DEFENDANT
### 7-ELEVEN, INC.'S MOTION TO STAY

Plaintiff GeoTag, Inc. ("GeoTag") hereby responds to Defendant 7-Eleven, Inc.'s ("7-Eleven") Motion to Stay filed on June 1, 2012 (Dkt. 29) as follows.

Defendant 7-Eleven requests the Court stay this action in favor of the declaratory judgment action filed by Microsoft and Google pending in Delaware. 7-Eleven does not present any evidence or argument explaining how the Delaware litigation would resolve GeoTag's claims against it in this litigation. Instead, 7-Eleven relies entirely on the arguments previously made to the Court by other defendants in other actions. But none of those arguments even suggested that the Delaware litigation could resolve all or even most of the issues regarding GeoTag's claims against 7-Eleven. Indeed, 7-Eleven does not present any evidence or argument that GeoTag's claims against it share any common issues with the Delaware litigation.

This Court in *Levine v. Casio America Inc.*, Civil Action No. 2:11-cv-00056-MHS (E.D. Tex. May 2, 2012) recently denied a motion stay for similar reasons. In that

lawsuit, the Court declared that, "[a]lthough some issues may be resolved in [the other pending lawsuit], the Court is unpersuaded that the resolution of that case would entirely resolve the instant matter. Ultimately, judicial economy would be better served by allowing both cases to proceed contemporaneously." *Id*. at 3. The same is true in this case.

For the foregoing reasons, the Court should deny 7-Eleven's motion.

Dated: June 18, 2012    Respectfully submitted,

**BUETHER JOE & CARPENTER, LLC**

By: */s/ Eric W. Buether*
Eric W. Buether
State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
Christopher M. Joe
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Brian A. Carpenter
State Bar No. 03840600
Brian.Carpenter@BJCIPLaw.com
Mark D. Perantie
State Bar No. 24053647
Mark.Perantie@BJCIPLaw.com
Niky Bukovcan
State Bar No. 24078287
Niky.Bukovcan@BJCIPLaw.com
Monica Tavakoli
State Bar No. 24065822
Monica.Tavakoli@BJCIPLaw.com

1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
Telephone: (214) 466-1271
Facsimile: (214) 635-1827

**ATTORNEYS FOR PLAINTIFF GEOTAG, INC.**

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 18th day of June, 2012.  Any other counsel of record will be served by facsimile transmission.

                                            */s/ Eric W. Buether*
                                            Eric W. Buether

**GEOTAG, INC.'S RESPONSE TO DEFENDANT**
**7-ELEVEN, INC.'S MOTION TO STAY**                                                  **Page 3**